IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UPPER SOUTH EAST COMMUNITIES COALITION,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS; LT. GEN. THOMAS P. BOSTICK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; COL. MICHAEL J. FARRELL, in his official capacity, District Commander, Sacramento District, U.S. Army Corps of Engineers; KRISTINE S. HANSEN, in her official capacity, Senior Project Manager, Reno Field Office, Sacramento District, U.S. Army Corps of Engineers; and REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY.<br><br>        Defendants. | Case No. 3:13-cv-00403-MMD-WGC<br><br>**ORDER**<br>**GRANTING DEFENDANT REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY PERMISSION TO FILE TWO EXHIBITS MANUALLY IN DVD FORMAT** |

    The Court has before it Defendant Regional Transportation Commission of Washoe County's ("RTC") Motion for Permission to File In DVD Format Two Large Document Exhibits. Good cause having been shown, the Motion is GRANTED.

    RTC may manually file its Section 404 Permit Application and Regional Transportation Plan, exhibits to its Opposition to Plaintiff's Motion for Preliminary Injunction, with the Clerk of the Court in DVD format, and will serve the same on the parties by U.S. Mail, and is relieved from the requirements of Local Rule 5-3 from electronically filing the same exhibits on the Court's CM/ECF filing system. RTC shall, however, prepare and electronically file a Notice of Manual Filing of the two above referred to exhibits in its Appendix of Exhibits.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

_____
THE HONORABLE MIRANDA M. DU

Date: September 5, 2013